PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Anquan Clark  Cr.: 11-00609-001
PACTS #: 61093

Name of Sentencing Judicial Officer:  THE HONORABLE JOSE L. LINARES
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 03/29/2012

Original Offense: Conspiracy To Distribute Controlled Substance, Crack Cocaine

Original Sentence: 60 months imprisonment, 48 months supervised release

Special Conditions: Special Assessment, Substance Abuse Testing, Alcohol Treatment, Drug Treatment, Gang Associate/Member, Financial Disclosure

Type of Supervision: Supervised Release  Date Supervision Commenced: 10/23/2015

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | On December 13, 2016, during an office visit a urine test was taken at that time. The offender tested positive for marijuana. He admitted using marijuana and signed a self-admission form.

U.S. Probation Officer Action:

The probation office recommends increased random drug tests and reporting. Any additional issues of noncompliance on behalf of the offender will result in the probation office requesting a violation hearing before Your Honor. This will serve as a written reprimand.

Respectfully submitted,

By: Edwin Vazquez
Supervising U.S. Probation Officer
Date: 01/05/2017

Prob 12A – page 2
Anquan Clark

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☑ Other RESPORTING AND RANDOM URINE TESTING
MAY BE INCREASED TO ENSURE COMPLIANCE.

Signature of Judicial Officer

1/5/17
Date